UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY RALPH WHITFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:22-cv-00611-BAK (BAM)<br><br>**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**<br><br>(Doc. 2) |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a). Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to procced *in forma pauperis* is GRANTED;
2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order; and
3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program, with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their

1 designated email addresses, a notice of electronic filing of the action along with the
2 summons and complaint.

IT IS SO ORDERED.

Dated: **June 6, 2022**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

2