PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEROY WHITFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:22-cv-00611-ADA-BAK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant has not previously requested an extension of this deadline.

2. The certified administrative record (CAR) in this case has been prepared by OAO. Counsel for the Commissioner is having technical issues with downloading of the CAR such that it may be filed. Counsel for the Commissioner is in contact with his respective IT support to resolve this issue. Accordingly, Defendant requests an extension of seven days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 13, 2022, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: *September 7, 2022*    PEÑA & BROMBERG, PLC

By:   */s/ Caspar Chan for Jonathan Pena\**
JONATHAN PENA
*\*Authorized by email on September 7, 2022*
Attorneys for Plaintiff

Date: *September 7, 2022*    PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, to and include September 13, 2022, in which to respond to the complaint. IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **September 7, 2022**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE